John Spencer Stewart, ASBA #0010060
jstewart@lawssl.com
Thomas A. Larkin, ASBA #0009055
tlarkin@lawssl.com
STEWART SOKOL & LARKIN LLC
2300 SW First Avenue, Suite 200
Portland, OR  97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706

*Attorneys for Plaintiff Kiewit Infrastructure
West Co. and Travelers Casualty and
Surety Company of America*

2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of COLASKA, INC. d/b/a SECON, <br><br> Plaintiff, <br><br> v. <br><br> KIEWIT INFRASTRUCTURE WEST CO., and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, <br><br> Defendants. | Case No. 3:15-cv-00159-JWS <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION**

COME NOW the Parties appearing in this action, by and through their

undersigned attorneys, and stipulate and agree that, pursuant to Fed. R. Civ. P. 41(a),

that all causes of action in this action shall be dismissed, with prejudice, and without

costs or attorneys' fees to any party.

DATED this 17th day of February, 2016.

STIPULATION FOR DISMISSAL WITH PREJUDICE- 1

BANKSTON, GRONNING, O'HARA, P.C.

STEWART SOKOL & LARKIN LLC

By: */s/ William M. Bankston*
    William M. Bankston, ASBA #7111024
    wbankston@bgolaw.pro
    RuthAnne B. Bergt, ASBA #1311071
    rbergt@bgolaw.pro
    *Attorneys for Plaintiff*

By: */s/ Thomas A. Larkin*
    John Spencer Stewart, ASBA #0010060
    jstewart@lawssl.com
    Thomas A. Larkin, ASBA #0009055
    tlarkin@lawssl.com
    *Attorneys for Defendants Kiewit*
    *Infrastructure West Co. and Travelers*
    *Casualty and Surety Company of*
    *America*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2016, I caused a true and correct copy of the foregoing to be served electronically to the following:

William M. Bankston
RuthAnne B. Bergt
Bankston, Gronning, O'Hara, P.C.
601 W. 5th Avenue, Suite 900
Anchorage, AK  99501
Email: wbankston@bgolaw.pro
       rbergt@bgolaw.pro
*Attorneys for Plaintiff*

*/s/ Thomas A. Larkin*
John Spencer Stewart, ASBA #0010060
Thomas A. Larkin, ASBA #0009055
*Attorneys for Defendants Kiewit Infrastructure West Co. and Travelers Casualty and Surety Company of America*

STIPULATION FOR DISMISSAL WITH PREJUDICE- 2

2300 SW FIRST AVENUE, SUITE 200
PORTLAND, OREGON 97201-5047
(503) 221-0699 FAX (503) 223-5706